UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS A. LANDEROS, ET AL., | ) | NO. ED CV 24-842-TJH(E) |
| Petitioners, | ) | |
| v. | ) | JUDGMENT |
| JOE BIDEN, U.S. PRESIDENT, ET AL., | ) | JS-6 |
| Respondents. | ) | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: MAY 1, 2024.

_____
TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE